UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN MAURAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation; and DOES 1-10, business entities, DOES 11-20, individuals; DOES 21-30, inclusive,<br><br>Defendants | Case No. 2:16-cv-07808-RGK-JC<br><br>Assigned to: Hon. R. Gary Klausner<br><br>[~~PROPOSED~~] JUDGMENT FOR DEFENDANT WAL-MART STORES, INC.<br><br>*[Filed concurrently with: Memorandum of Points and Authorities; Statement of Uncontroverted Material Facts and Conclusions of Law; Declarations; Appendix of Evidence; Proposed Order of Judgment]*<br><br>Hearing Date: September 11, 2017<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>Pretrial Conf.: October 2, 2017<br>Trial: October 24, 2017 |

Defendant Wal-Mart Stores, Inc.'s ("Walmart") motion for summary judgment, or in the alternative partial summary judgment brought under Federal Rule of Civil Procedure 56, on the Complaint of Plaintiff Warren Mauran ("Plaintiff"), came on regularly before the Honorable R. Gary Klausner.

The Court having read and duly considered the moving, opposing, and reply documents, and having duly considered all evidence and argument presented in connection therewith, enters the following order on Walmart's motion for Summary Judgment as follows:

(1) Walmart is entitled to summary judgment on Plaintiff's first cause of action for age discrimination under the California Fair Employment and Housing Act ("FEHA").

(2) Walmart is entitled to summary judgment on Plaintiff's second cause of action for failure to prevent discrimination under the FEHA.

(3) Walmart is entitled to summary judgment on Plaintiff's third cause of action for wrongful termination in violation of public policy.

(4) Walmart is entitled to summary judgment on Plaintiff's fourth cause of action for declaratory relief.

(5) Walmart is entitled to summary judgment on Plaintiff's fifth cause of action for defamation.

WHEREFORE, Defendant Walmart is granted summary judgment in this case and the Complaint is hereby dismissed with prejudice, reasonable costs to be awarded.

IT IS SO ORDERED.

Dated: SEP 2 5 2017 2017

R. Gary Klausner
United States District Court Judge